UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**ROBERT LEON DENT,**

   **Plaintiff,**

v.                                                  Case No. 5:22-cv-52-TKW-MJF

**CALEB BAILEY, et al.,**

   **Defendants.**
_____/

## ORDER

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 4). No objections were filed.

Having reviewed Plaintiff's complaint in this case and the record in *Dent v. Bay Cnty. Sheriff Org., et al.*, No. 5:20-cv-310-TKW-MJF ("*Dent I*"), I agree with the magistrate judge's conclusion that this action is due to be dismissed with prejudice as malicious under 28 U.S.C. §§ 1915(e)(2)(B)(i) and 1915A(b)(1) because it is duplicative of *Dent I* and Accordingly, it is

**ORDERED** that the magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order; this case is **DISMISSED with prejudice** under 28 U.S.C. §§1915(e)(2)(B)(i) and 1915A(b)(1) as malicious; and the Clerk shall close the case file.

**DONE and ORDERED** this 4th day of April, 2022.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**